**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
FEBRUARY 26, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Donnie Buckner

v.

Thomas Dart, Sheriff of Cook County, et al.

Case Number:

08 C 1157

JUDGE CASTILLO
MAGISTRATE JUDGE COLE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Donnie Buckner

| | |
|---|---|
| NAME (Type or print) | Marc S. Mayer |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ |
| FIRM | Marc S. Mayer & Associates |
| STREET ADDRESS | 123 West Madison Street, Suite 700 |
| CITY/STATE/ZIP | Chicago, IL 60602 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 3127435 |
| TELEPHONE NUMBER | (312) 980-0462 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ✓  NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐  NO ✓

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ✓  NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ✓  NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐