IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DONNIE BUCKNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 CV 1157 |
| ) | |
| THOMAS DART, Sheriff of Cook County; ) | Judge Castillo |
| UNKNOWN COOK COUNTY DEPUTIES, in ) | |
| their individual capacities; and UNKNOWN ) | Magistrate Judge Cole |
| COOK COUNTY EMPLOYEES, in their ) | |
| individual capacities, ) | |
| ) | |
| Defendants. ) | |

### REQUEST FOR REFUND OF FILING FEE

NOW COMES Plaintiff, DONNIE BUCKNER, by and through his attorneys, MARC S. MAYER & ASSOCIATES, and for his Request for Refund of Filing Fee, states as follows:

1. Plaintiff's attorneys filed this action electronically on February 26, 2008, to recover damages Plaintiff sustained as a result of Defendant's failure to provide Plaintiff with necessary, recommended and requested medical care while he was incarcerated at Cook County jail in violation of Plaintiff's right to be free from cruel and unusual punishment pursuant to the Eighth and/or Fourteenth Amendments to the United States Constitution.

2. After his initial electronic filing, Plaintiff's attorney was advised of certain filing errors by a United States District Court clerk. Specifically, Plaintiff's attorney was advised that he did not send an actual summons in "pdf" format, and also sent two appearance forms in the same "pdf" document rather than in separate "pdf" documents. As a result, Plaintiff's attorney was

1

advised to resubmit these documents in the correct format under the "Other Documents" category so no additional filing fees would be incurred.

3.  Unfortunately, when Plaintiff's attorney resubmitted the above documents he erroneously filed them under the "Other Initiating Documents" category rather than the "Other Documents" category, and he incurred a fee of $39.00 for entry of the summons. Plaintiff's attorney paid this filing fee so the electronic filing could be completed.

4.  In light of the above electronic filing error, Plaintiff's attorney requests that the $39.00 filing fee for the entry of summons in this case be refunded. The Pay.gov Tracking ID receipt number for this erroneous transaction is 24UIJHF1, and the Agency Tracking ID is 2566655.

WHEREFORE, Plaintiff, DONNIE BUCKNER requests that his attorneys, MARC S. MAYER & ASSOCIATES be refunded the $39.00 fee for the entry of summons in this case which was erroneously incurred on February 26, 2008.

Respectfully submitted,

MARC S. MAYER & ASSOCIATES

_____
One of Plaintiff's Attorneys

Marc S. Mayer
Michael V. Marsh
MARC S. MAYER & ASSOCIATES
123 West Madison Street
Suite 700
Chicago, Illinois 60602
Phone: (312) 980-0462
Facsimile: (312) 980-0465