# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1157 | **DATE** | 3/20/2008 |
| **CASE TITLE** | Donnie Buckner vs. Dart, et al. | | |

**DOCKET ENTRY TEXT**

After a careful review of this recently filed complaint, said complaint is dismissed without prejudice to the filing of a proper amended complaint which identifies and names the appropriate individual defendants. Defendant Thomas Dart is dismissed without prejudice. Plaintiff's counsel is authorized to proceed with expedited discovery to properly identify the appropriate defendants. Plaintiff's attorney is requested to fully exhaust all settlement possibilities prior to filing any further pleadings.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|