IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DONNIE BUCKNER,                    )<br>                                    )<br>        Plaintiff,                  )<br>                                    )<br>    v.                              )      No. 08 CV 1157<br>                                    )<br>THOMAS DART, Sheriff of Cook County; )     Judge Castillo<br>UNKNOWN COOK COUNTY DEPUTIES, in    )<br>their individual capacities; and UNKNOWN ) Magistrate Judge Cole<br>COOK COUNTY EMPLOYEES, in their     )<br>individual capacities,              )<br>                                    )<br>        Defendants.                  ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO REINSTATE CASE
AND FILE AMENDED COMPLAINT**

Plaintiff, DONNIE BUCKNER ("BUCKNER"), by his attorneys, MARC S. MAYER & ASSOCIATES, respectfully states as follows in support of his Motion for Leave to Reinstate Case and File Amended Complaint:

**I.**

BUCKNER filed this lawsuit pursuant to 42 U.S.C. §1983, to recover damages he sustained when he was deprived of necessary and requested medical care while he was an incarcerated pretrial detainee at Cook County Department of Corrections ("CCDOC"), in violation of the Fourteenth Amendment to the United States Constitution and applicable state laws. At the time he filed his original Complaint, BUCKNER did not know the names of the individuals who failed and refused to provide him with such medical care. As a result, BUCKNER named "Unknown Cook County Deputies" and "Unknown Cook County Employees" as Defendants, in addition to Thomas Dart in his official capacity as the Sheriff of Cook County.

## II.

On March 20, 2008, the Court entered an Order and made the following ruling:

> After a careful review of this recently filed complaint, said complaint is dismissed without prejudice to the filing of a proper amended complaint which identifies and names the appropriate individual defendants. Defendant Thomas Dart is dismissed without prejudice. Plaintiff's counsel is authorized to proceed with expedited discovery to properly identify the appropriate defendants. Plaintiff's attorney is requested to fully exhaust all settlement possibilities prior to filing any further pleadings.

## III.

Since the entry of the Court's Order as stated above, BUCKNER's counsel and an attorney with the Office of the State's Attorney engaged in expedited discovery to properly identify the appropriate defendants. The identities of these individuals were disclosed to BUCKNER's counsel on April 14, 2008. Specifically, on this date BUCKNER's counsel was advised the deputy officers on duty on the relevant date and time were Officer Richard Heis and Officer Justin Hook.

## IV.

Additionally, since the entry of the Court's Order as stated above, BUCKNER's counsel and an attorney with the Office of the State's Attorney engaged in settlement discussions to determine the possibility of resolving this matter without the need for further litigation. In this regard, BUCKNER was initially offered $1,000.00 to settle this lawsuit. In response to his counter-demand of $75,000.00, BUCKNER was offered $2,500.00 to settle this lawsuit and advised no further settlement authority would be forthcoming. BUCKNER rejected the Office of the State's Attorney's $2,500.00 settlement offer.

V.

Based on the foregoing, BUCKNER respectfully requests that he be granted leave to reinstate this lawsuit and file an amended complaint which identifies and names the appropriate individual defendants, Officer Richard Heis and Officer Justin Hook, as well as Thomas Dart, in his official capacity as the Sheriff of Cook County. (*See* Plaintiff's Proposed Amended Complaint, attached hereto as Ex. "A.")

WHEREFORE, for the foregoing reasons, Plaintiff, DONNIE BUCKNER respectfully requests that this Honorable Court grant him leave to reinstate this lawsuit and file his Amended Complaint, a copy of which is attached hereto, and grant any further relief as the Court deems just and proper.

Respectfully submitted,

**MARC S. MAYER & ASSOCIATES**

By: /s/ Michael V. Marsh
Michael V. Marsh

Marc S. Mayer
Michael V. Marsh
MARC S. MAYER & ASSOCIATES
123 West Madison Street
Suite 700
Chicago, Illinois 60602
Phone: (312) 980-0462
Facsimile: (312) 980-0465