IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
<u>EASTERN DIVISION</u>

| | |
|---|---|
| DONNIE BUCKNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 08 CV 1157 |
| | ) |
| THOMAS DART, Sheriff of Cook County; | ) Judge Castillo |
| UNKNOWN COOK COUNTY DEPUTIES, in | ) |
| their individual capacities; and UNKNOWN | ) Magistrate Judge Cole |
| COOK COUNTY EMPLOYEES, in their | ) |
| individual capacities, | ) |
| | ) |
| Defendants. | ) |

<u>NOTICE OF MOTION</u>

TO:   Francis J. Catania
COOK COUNTY STATE'S ATTORNEY OFFICE
Fifth Floor
Richard J. Daley Center
Chicago, Illinois 60602

PLEASE BE ADVISED that on the 14th day of May, 2008, at 9:45 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Castillo or any Judge sitting in his stead, in Room 2141, Federal District Court, 219 South Dearborn Street, Chicago, Illinois and move the Court pursuant to the attached: **PLAINTIFF'S MOTION FOR LEAVE TO REINSTATE CASE AND FILE AMENDED COMPLAINT**.

By:   /s/ Michael V. Marsh
Michael V. Marsh

Marc S. Mayer
Michael V. Marsh
MARC S. MAYER & ASSOCIATES
123 West Madison Street, Suite 700
Chicago, Illinois  60602
(312) 980-0462

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above mentioned documents were served on the above-mentioned parties on May 7, 2008:

(X)  electronic notification;

( )  by personal delivery;

(X)  by placing a copy of same in an envelope properly addressed and stamped and placing an envelope in a U.S. Mail Box at 123 West Madison Street, Chicago, Illinois.

By:  /s/ Michael V. Marsh
Michael V. Marsh

Marc S. Mayer
Michael V. Marsh
MARC S. MAYER & ASSOCIATES
123 West Madison Street, Suite 700
Chicago, Illinois  60602
(312) 980-0462