**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Donnie Buckner
                            Plaintiff,

v.                                                 Case No.: 1:08–cv–01157
                                                           Honorable Ruben Castillo

Thomas Dart, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 14, 2008:

      MINUTE entry before Judge Honorable Ruben Castillo:Motion hearing held on 5/14/2008. Plaintiff's motion to reopen case [9] is entered and continued to 5/29/2008 at 4:30 p.m. The Court will hold a settlement conference in chambers on 5/29/2008 at 4:30 p.m. Clients with settlement authority are directed to appear or be available by telephone.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.