**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Donnie Buckner
                             Plaintiff,

v.                                                  Case No.: 1:08–cv–01157
                                                     Honorable Ruben Castillo

Thomas Dart, et al.
                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 15, 2008:

      MINUTE entry before Judge Honorable Ruben Castillo:Defendant's request to reset the settlement conference is granted. Settlement conference reset to 6/12/2008 at 4:00 PM. Plaintiff's motion to reopen case [9] is entered and continued to 6/12/2008 at 4:00 PM.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.