## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Donnie Buckner
                         Plaintiff,

v.                                              Case No.: 1:08–cv–01157
                                                    Honorable Ruben Castillo

Thomas Dart, et al.
                         Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 9, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Plaintiff's motion to reopen case and file amended complaint [9] is entered and continued to 6/19/2008 at 4:30 p.m. Settlement conference reset to 6/19/2008 at 4:30 PM. Settlement conference set for 6/12/2008 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.