# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1157 | **DATE** | 6/19/2008 |
| **CASE TITLE** | Donnie Buckner vs. Dart, et al. | | |

**DOCKET ENTRY TEXT**

Settlement conference held in chambers. Some limited progress was made. Plaintiff's motion to reopen case [9] is granted. Defendants should make a new settlement offer, in light of the Court's general recommendation, on or before 7/11/2008. The Court will hold a status hearing in open court on 7/16/2008 at 10:00 a.m.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | RO |
|---|---|---|