IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
<u>EASTERN DIVISION</u>

| | |
|---|---|
| DONNIE BUCKNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 CV 1157 |
| ) | |
| THOMAS DART, Sheriff of Cook County; ) | Judge Castillo |
| UNKNOWN COOK COUNTY DEPUTIES, in ) | |
| their individual capacities; and UNKNOWN ) | Magistrate Judge Cole |
| COOK COUNTY EMPLOYEES, in their ) | |
| individual capacities, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT
PURSUANT TO F.R.C.P. 68**

NOW COMES Plaintiff, DONNIE BUCKNER, by and through his counsel, MICHAEL V. MARSH and the Law Firm of MARC S. MAYER & ASSOCIATES, and pursuant to Rule 68 of the Federal Rules of Civil Procedure hereby accepts the Offer of Judgment, in the total amount of Ten Thousand Dollars ($10,000.00), made by the County of Cook, as potential indemnitor of Defendant, THOMAS DART, Sheriff of Cook County. This Acceptance of Offer of Judgment is made on this date, July 10, 2008.

Respectfully submitted,

**MARC S. MAYER & ASSOCIATES**

_/s/ signature_

One of Plaintiff's Attorneys

Marc S. Mayer
Michael V. Marsh
MARC S. MAYER & ASSOCIATES
123 West Madison Street
Suite 700
Chicago, Illinois 60602
Phone: (312) 980-0462

1

## CERTIFICATE OF SERVICE

A true and correct copy of ***Plaintiff's Acceptance of Defendants' Offer of Judgment Pursuant to F.R.C.P. 68*** was served via Personal Delivery on July 10, 2008:

A.S.A. Francis J. Catania
Cook County State's Attorney's Office
Richard J. Daley Center
50 West Washington Street
Room 5000
Chicago, Illinois 60602

MARC S. MAYER & ASSOCIATES

_____
One of Plaintiff's Attorneys

Marc S. Mayer
Michael V. Marsh
MARC S. MAYER & ASSOCIATES
123 West Madison Street, Suite 700
Chicago, Illinois 60602
Phone: (312) 980-0462
Fax: (312) 980-0465

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DONNIE BUCKNER, | ) | |
| PLAINTIFF, | ) | 08 C 1157 |
| | ) | |
| VS. | ) | |
| | ) | HONORABLE JUDGE |
| | ) | RUBEN CASTILLO |
| THOMAS DART, SHERIFF OF COOK COUNTY; | ) | |
| UNKNOWN COOK COUNTY DEPUTIES, IN THEIR | ) | MAGISTRATE JUDGE COLE |
| INDIVIDUAL CAPACITIES; AND UNKNOWN | ) | |
| COOK COUNTY EMPLOYEES, IN THEIR | ) | |
| INDIVIDUAL CAPACITIES, | ) | |
| DEFENDANTS. | ) | |

**DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO F.R.C.P. RULE 68**

NOW COMES THE COUNTY OF COOK, AS POTENTIAL INDEMNITOR, OF THE DEFENDANT, SHERIFF OF COOK COUNTY, BY ITS ATTORNEY, RICHARD A. DEVINE, STATE'S ATTORNEY OF COOK COUNTY, AND THROUGH HIS ASSISTANT FRANCIS J. CATANIA, AND PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE HEREBY OFFERS TO ALLOW JUDGMENT TO BE TAKEN AGAINST THE COUNTY OF COOK, IN THIS CAUSE OF ACTION, COLLECTIVELY IN THE TOTAL AMOUNT OF TEN THOUSAND DOLLARS ($10,000.00), IN RETURN FOR TERMINATION OF THIS LITIGATION BY PLAINTIFF AGAINST ALL NAMED AND UNNAMED DEFENDANTS. THIS OFFER CONTEMPLATES ATTORNEY'S FEES TO DATE AND INCLUDES ANY AND ALL SUCH ATTORNEY'S FEES AS WELL AS COSTS EXPENDED TO THIS POINT, PURSUANT TO 42 U.S.C. §1988. THIS OFFER OF JUDGMENT IS MADE ON THIS DATE, JULY 3, 2008, FOR THE PURPOSES SPECIFIED IN RULE 68 AND IS NOT TO BE CONSTRUED EITHER AS AN ADMISSION THAT THE DEFENDANTS ARE LIABLE IN THIS ACTION OR THAT THE PLAINTIFF HAS SUFFERED ANY DAMAGE AS A RESULT OF ANY ACTION, UNLAWFUL CUSTOM, POLICY OR PRACTICE.

RESPECTFULLY SUBMITTED,
RICHARD A. DEVINE, STATE'S ATTORNEY OF COOK COUNTY
BY:   S/ FRANCIS J. CATANIA ARDC# 6203188
FRANCIS J. CATANIA, ASSISTANT STATE'S ATTORNEY
RICHARD J. DALEY CENTER
50 W. WASHINGTON STREET
CHICAGO, ILLINOIS 60602
(312) 603-6572